C. I. T. CORPORATION, a Corporation, and UNITED STATES
FIDELITY AND GUARANTY Co., a Corporation, *Plaintiffs
in Error,* vs. FRED HUGHES, *etc.,* and THOMAS CAYLL,
*Defendants in Error.*

Division B.

Decision filed February 7, 1931.

*Harry L. Thompson* and *Frank S. Barrett,* for Plain-
tiffs in Error;

*Lemire & Scott,* for Defendants in Error.

PER CURIAM.—This cause having heretofore been sub-
mitted to the Court upon the transcript of the record
of the judgment herein, and briefs and argument of coun-
sel for the respective parties, and the record having been
seen and inspected, and the Court being now advised of
its judgment to be given in the premises, it seems to the
Court that there is no error in the said judgment; it is,
therefore, considered, ordered and adjudged by the Court
that the said judgment of the Circuit Court be, and the
same is hereby affirmed.

WHITFIELD, P.J., AND TERRELL AND BUFORD, J.J., concur.